**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                                    Case No. 15-05782

     Jorge Francis
     Maribel Francis
          Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/20/2015.

2) The plan was confirmed on 05/15/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/30/2016.

5) The case was dismissed on 07/08/2016.

6) Number of months from filing to last payment: 12.

7) Number of months case was pending: 19.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $3,650.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $2,055.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$2,055.00**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,965.44 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $89.56 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$2,055.00**

Attorney fees paid and disclosed by debtor:        $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN CREDIT ACCEPTANCE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 1,893.00 | 1,893.11 | 1,893.11 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 4,822.00 | 5,783.91 | 5,783.91 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 498.00 | 497.06 | 497.06 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 499.00 | 509.11 | 509.11 | 0.00 | 0.00 |
| CAVALRY SPV II LLC | Unsecured | 1,224.00 | 1,223.57 | 1,223.57 | 0.00 | 0.00 |
| CYPRESS FINANCIAL RECOVERIES | Unsecured | NA | 942.83 | 942.83 | 0.00 | 0.00 |
| ECMC | Unsecured | 3,479.00 | 3,479.15 | 3,479.15 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | NA | 98.00 | 98.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 1,362.07 | 1,362.07 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,207.00 | 1,206.94 | 1,206.94 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 922.00 | 921.53 | 921.53 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 617.00 | 616.88 | 616.88 | 0.00 | 0.00 |
| REGIONS BANK CONSUMER COLLEC | Unsecured | 1,000.00 | 1,139.35 | 1,139.35 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 1,842.01 | 1,842.01 | 0.00 | 0.00 |
| SYNCHRONY BANK OLD NAVY | Unsecured | 765.00 | NA | NA | 0.00 | 0.00 |
| TARGET CARD SERVICES | Unsecured | 606.00 | NA | NA | 0.00 | 0.00 |
| TTLFIN | Unsecured | 8,362.00 | NA | NA | 0.00 | 0.00 |
| ZALES CBNA | Unsecured | 2,965.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY CITIBANK | Unsecured | 2,966.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY HSBC | Unsecured | 512.00 | NA | NA | 0.00 | 0.00 |
| FIRST BANK OF DE/CONTINE | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| FIRST FEDERAL CREDIT C | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| GECRB/PROFITT GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GULF COAST COLLECTIONS | Unsecured | 364.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 512.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC RETAIL SERVICES | Unsecured | 631.00 | NA | NA | 0.00 | 0.00 |
| LP SERVICES GROUP/1ST BANK OF L | Unsecured | 1,263.68 | NA | NA | 0.00 | 0.00 |
| MEADOWS CREDIT UNION | Unsecured | 678.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR | Unsecured | 1,222.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING CHASE | Unsecured | 3,125.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING WEBBANK | Unsecured | 2,454.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING BARCLAYS BAN | Unsecured | 1,417.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING GEMB | Unsecured | 1,144.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING TARGET | Unsecured | 732.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING FIRST PREMIER | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| 1125 NE 80TH ST LLC/HARVEY COHE | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC AT&T | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| ARS ACCOUNT RESOLUTION PARAG | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT NAPERVILLE RADIOLO | Unsecured | 995.00 | NA | NA | 0.00 | 0.00 |
| BROWARDADJUS FMC CARDIOLOGY | Unsecured | 575.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 13,850.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 1,334.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE/BERGN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL FINL CONTROL | Unsecured | 3,421.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL FINL CONTROL | Unsecured | 1,842.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL FINL CONTROL | Unsecured | 990.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL FINL CONTROL | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL FINL CONTROL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 3,185.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY/CHEVRON | Unsecured | 1,103.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/BERGNERS | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FIN SVCS LLC | Unsecured | 3,023.00 | NA | NA | 0.00 | 0.00 |
| SHORT TERM LOAN | Unsecured | 0.00 | 1,480.52 | 1,480.52 | 0.00 | 0.00 |
| T MOBILE | Unsecured | 2,010.00 | 1,298.40 | 1,298.40 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 17,617.00 | 19,261.45 | 19,261.45 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $98.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$98.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$43,457.89** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,055.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$2,055.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/14/2016                    By: /s/ Glenn Stearns
                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**